In the Matter of DANIEL K. WEISKOPF, Appellant. LEWIS S. ROSENSTIEL, Respondent.

Argued April 22, 1941; decided May 22, 1941.

*Samson Selig, Abraham J. Multer* and *William F. Roche* for appellant.

*Leonard P. Moore* and *Charles Pickett* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.